# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ISABEL MARQUES, PAYAM RASTEGAR, and SYED ABDUL NAFAY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC. and TOYOTA MOTOR CORPORATION,<br><br>*Defendants*. | Case No. 1:20-cv-00665-CMH-JFA |

## JOINT ORDER LIFTING STAY AND TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

THIS CAUSE having been brought jointly before the Court by Defendant, Toyota Motor North America, Inc., with the consent of the attorneys for Plaintiff, for an Order lifting the stay in this Action and granting transfer of this case to the United States District Court for the Eastern District of New York. The Court, having reviewed the motion and the file, and being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Joint Motion to Lift the Stay and Transfer to the Eastern District of New York is hereby GRANTED. The Clerk is hereby directed to transfer this case to that district.

**DONE AND ORDERED** in Chambers at Alexandria, Virginia this 2nd day of October 2020.

_____
~~JOHN F. ANDERSON~~
UNITED STATES ~~MAGISTRATE~~ JUDGE

cc: Counsel of record